

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel A. McEndree,                     * From the 441st District Court
                                            of Midland County,
                                            Trial Court No. CV53262.

Vs. No. 11-19-00351-CV             * September 23, 2021

Jordyn G. Volke,                    * Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Wright, S.C.J.,
                                            sitting by assignment)
                                            (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Jordyn G. Volke.